**FILED**

03/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0032

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 24-0032

ADRIANNE COTTON

        Cross-Petitioner/Respondent-Appellant,

vs.

MONTANA DEPARTMENT OF CORRECTIONS

        Cross-Petitioner/Respondent-Appellee.

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Appellee's Unopposed Motion for Extension of Time to File its Response Brief and for good cause shown,

IT IS HEREBY ORDERED that Appellee's Motion is GRANTED.

Appellee's response brief will be due on or before May 10, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 15 2024